B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **CAI International Inc. d/b/a Metro PCS**                    Case No. _____

                                           Debtor(s)                  Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express Bank FSB c/o Erk Zogg, Esq. Cordoba & Assoc. 1551 Sawgrass Corp. Pkway STE 110 Fort Lauderdale, FL 33323** | **American Express Bank FSB c/o Erk Zogg, Esq. Cordoba & Assoc. Fort Lauderdale, FL 33323** | | | **676,804.00** |
| **Fifth Third Bank, OH Banking Corp c/o Roy Kobert, Esq. 301 E. Pine St Suite 1400 PO Box 3068 Orlando, FL 32802-3068** | **Fifth Third Bank, OH Banking Corp c/o Roy Kobert, Esq. 301 E. Pine St Suite 1400 Orlando, FL 32802-3068** | | | **1,171,000.00**<br><br>**(500,000.00 secured)** |
| **RMS 305 Fellowship Rd #100 PO Box 5471 Mount Laurel, NJ 08054** | **RMS 305 Fellowship Rd #100 PO Box 5471 Mount Laurel, NJ 08054** | | | **631,348.09** |
| **Key Equipment Finance 11030 Circle Point Rd 2nd Flr Broomfield, CO 80020** | **Key Equipment Finance 11030 Circle Point Rd 2nd Flr Broomfield, CO 80020** | | | **300,571.81** |
| **Merchant Cash and Capital LLC 460 Park Ave S, 10th Floor New York, NY 10016** | **Merchant Cash and Capital LLC 460 Park Ave S, 10th Floor New York, NY 10016** | | | **198,418.00** |
| **Technology Investment Partners TIP Capital 40950 Woodward Ave Bloomfield Hills, MI 48304-5127** | **Technology Investment Partners TIP Capital 40950 Woodward Ave Bloomfield Hills, MI 48304-5127** | | | **167,050.00** |
| **Knight Capital Funding 9 East Lookerman St STE 3-A-543 Dover, DE 19901** | **Knight Capital Funding 9 East Lookerman St STE 3-A-543 Dover, DE 19901** | | | **142,000.00** |
| **Balboa Capital Corporation 2010 Main St STE 1100 Irvine, CA 92614** | **Balboa Capital Corporation 2010 Main St STE 1100 Irvine, CA 92614** | | | **103,957.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re CAI International Inc. d/b/a Metro PCS                    Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Brinks Inc<br>PO Box 101031<br>Atlanta, GA 30392 | Brinks Inc<br>PO Box 101031<br>Atlanta, GA 30392 | | | 93,836.00 |
| Tessco Incorporated<br>11126 McCornick Road<br>Hunt Valley, MD 21031-1494 | Tessco Incorporated<br>11126 McCornick Road<br>Hunt Valley, MD 21031-1494 | | | 71,339.00 |
| Dell Financial Services Business Credit<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | Dell Financial Services Business Credit<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | | | 64,362.00 |
| Palm Springs Mile Assoc. LTD<br>419 W 49 St STE #300<br>Hialeah, FL 33012 | Palm Springs Mile Assoc. LTD<br>419 W 49 St STE #300<br>Hialeah, FL 33012 | 3 leases on stores | | 61,211.00 |
| Jansuri Realty<br>PMB 734 Sierra Morena St<br>San Juan, PR 00926-5583 | Jansuri Realty<br>PMB 734 Sierra Morena St<br>San Juan, PR 00926-5583 | | | 28,545.00 |
| HSBC Bank USA, N.A.<br>Special Credits<br>95 Washington St Atrium 55<br>Buffalo, NY 14203 | HSBC Bank USA, N.A.<br>Special Credits<br>95 Washington St Atrium 55<br>Buffalo, NY 14203 | | | 25,025.00 |
| SC Westland Promenade LP<br>PO Box 60181<br>Charlotte, NC 28260-0181 | SC Westland Promenade LP<br>PO Box 60181<br>Charlotte, NC 28260-0181 | | | 20,633.63 |
| Costco<br>Capital One COmmercial<br>PO Box 5219<br>Carol Stream, IL 60197-5219 | Costco<br>Capital One COmmercial<br>PO Box 5219<br>Carol Stream, IL 60197-5219 | | | 18,406.25 |
| IOU Central Inc.<br>c/o Jeff Joyce, Esq.<br>PO Box 550291<br>Atlanta, GA 30355 | IOU Central Inc.<br>c/o Jeff Joyce, Esq.<br>PO Box 550291<br>Atlanta, GA 30355 | | | 15,000.00 |
| Capital Stack<br>11 Broadway STE 814<br>New York, NY 10004 | Capital Stack<br>11 Broadway STE 814<br>New York, NY 10004 | | | 13,100.00 |
| Bank of the West<br>Dept LA 23091<br>Pasadena, CA 91185-3091 | Bank of the West<br>Dept LA 23091<br>Pasadena, CA 91185-3091 | | | 12,236.00 |
| Horizon Properties<br>Park West Professional Center<br>7785 NW 146th Street<br>Hialeah, FL 33016 | Horizon Properties<br>Park West Professional Center<br>7785 NW 146th Street<br>Hialeah, FL 33016 | lease 18600 NW 87 Ave Bay 126 | | 9,693.95 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **CAI International Inc. d/b/a Metro PCS**               Case No.  _____
                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the VP of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 12, 2014**             Signature  **/s/ Yodi Gonzalez**
                                                         **Yodi Gonzalez**
                                                         **VP**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.