UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami

In re:                                                                    Case
                                                                          Ch 11

CAI International Inc.
d/b/a Metro PCS
    Debtor
_____/

DEBTOR IN POSSESSION'S APPLICATION
FOR EMPLOYMENT OF ATTORNEY

Debtor respectfully request an order of the court authorizing the employment of Joel M. Aresty of the law firm of Joel M. Aresty, P.A. to represent the debtor in possession in this case and states:
1.  On                      the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code
2.  The debtor desires to employ said attorneys as attorney(s) in this case.
3.  The debtor believes that the attorneys are qualified to practice in this court and qualified to advise the debtor on his relations with, and responsibilities to, the creditors and other interested parties.
4.  The professional services the attorneys will render are summarized as follows:
   (a) To give advice to the debtor with respect to its powers and duties as a debtor in possession and the continued management of its business operations;
   (b) To advise the debtor with respect to its responsibilities in complying with the U.S. trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;
   (c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;
   (d) To protect the interest of the debtor in all matters pending before the court;
   (e) To represent the debtor in negotiation with its creditors in the preparation of a plan.
5.  To the best of the debtor's knowledge, neither said attorneys nor said law firms have any connection with the creditors or other parties in interest or their respective attorney other than prepetition representation in the mortgage foreclosure leading up to this case. No prepetition fees or costs are owing.
6.  Attached to this motion is the proposed attorneys' affidavit demonstrating proposed counsel are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

```
```
WHEREFORE, the debtors respectfully requests an order authorizing retention of Joel Aresty on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

CAI International Inc.
d/b/a Metro PCS
By_____
Yodi Gonzalez  Yosiosmay Gonzalez

**Certificate Of Service**

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtor
309 1ST AVE S
TIERRA VERDE FL 33715
Phone: 305-899-9876
Fax: 305-899-9889
E-mail: Aresty@Mac.com
By: /sJoel M. Aresty
Fla. Bar No. 197483

Copies to:
Debtor
U.S. trustee
Attorney for Creditor's Committee or
 if none 20 largest unsecured creditors
All Appearances

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami
Case 14-37217-AJC
Ch. 11

In Re:
CAI International Inc. d/b/a Metro PCS
    Debtor
_____/


SWORN DECLARATION OF PROPOSED ATTORNEY FOR
DEBTOR IN POSSESSION

    Joel M. Aresty, pursuant to 28 U.S.C. § 1746, says:
1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.
2. I am employed by the law firm of Joel M. Aresty, P.A. with offices located at 309 1ST Ave S, Tierra Verde, FL 33715.
3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).
4. We have no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the Office of the U.S. trustee as required by Bankruptcy Rule 2014.
5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession, or its principals or affiliates.
6. I declare under penalty of perjury that the foregoing is true and correct. Executed on 12/15/14
S:/ Joel M. Aresty
Joel M. Aresty, Esq.

Copies to: All parties served with application for employment.