

**ORDERED in the Southern District of Florida on December 18, 2014.**

*A. Jay Cristol*
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:

CAI INTERNATIONAL, INC.,                    Case No.: 14-37217-AJC
                                            Chapter 11
        Debtor.
_____/

**ORDER DIRECTING DEBTOR TO OPEN NEW DEBTOR IN POSSESSION
ACCOUNT, DIRECTING DEBTOR TO SWEEP EXISTING ACCOUNTS, AND
AUTHORIZING USE OF EXISTING BUSINESS FORMS AND RECORDS**

**THIS MATTER** came before the Court on December 17, 2014, at 11:00 a.m., upon the Debtor's *Emergency Motion For (1) Authority to Continue Use of Existing Business Forms and Records; (2) Authority to Maintain Existing Corporate Bank Accounts and Cash Management; and (3) to Clear Prepetition Payroll Checks and Insurance Payments* (the "Cash Management Motion") (ECF 11).

The Court, having considered the Cash Management Motion , having heard argument of counsel for the Debtor and argument from counsel for the United States Trustee, and as further stated on the record, it is:

**ORDERED, ADJUDGED, and DECREED** as follows:

1. The Cash Management Motion is **DENIED IN PART AND GRANTED IN PART**.

2. The Debtor is authorized to continue the use of its existing business forms and records in the ordinary course of business.

3. The Debtor shall immediately open a new Debtor in Possession account in a United States Trustee authorized depository. The Debtor is allowed to keep existing accounts open, however, all funds in those accounts must be swept daily to the new Debtor in Possession account.

4. The Debtor is authorized to leave sufficient funds in the existing bank accounts in order to allow outstanding prepetition payroll and insurance checks to clear.

5. All disbursements must be made from the Debtor in Possession Account, except for the weekly sweep as stated above. Copies of all bank statements must be attached to the Monthly Operating Reports with account number redacted except for last four digits.

###

Submitted by:

Johanna P. Armengol,Trial Attorney
Office of the United States Trustee
51 S.W. First Avenue, Suite 1204
Miami, Florida  33130
Telephone (305) 536-7285
Facsimile  (305) 536-7360
johanna.armengol@usdoj.gov
cc:
Joel Aresty, Esq.
Roy Kobert, Esq.
ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)