UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami

In re:                                                         Case
                                                               Ch 11

CAI International Inc.
d/b/a Metro PCS
    Debtor
_____/

DEBTOR IN POSSESSION'S APPLICATION
FOR EMPLOYMENT OF ACCOUNTANT

Debtor respectfully request an order of the court authorizing the employment of YODIOSMAY GONZALEZ to assist the debtor in possession in this case as accountant and states:
1. On  12/12/14 the debtor filed a voluntary petition under chapter 11  of the United States Bankruptcy Code
2. The debtor desires to employ said accountant(s) in this case.
3. The debtor believes that the accountant is qualified to practice in this court and qualified to advise the debtor on his relations with, and responsibilities to, the creditors and other interested parties.
4. The professional services the accountant will render are summarized as follows:
   (a) To give advice to the debtor with respect to  continued management of its business operations;
   (b) To advise the debtor with respect to its responsibilities in complying with the U.S. trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;
   (c)  To prepare financial reports and documents necessary in the administration of the case;
   (d) To protect the interest of the debtor in all accounting matters pending before the court;
   (e) To assist counsel for debtor in negotiation with its creditors in the  preparation of a plan.
5. To the best of the debtor's knowledge, neither said accountant nor said firms have any connection with the creditors or other parties in interest or their respective attorney other than prepetition representation. No prepetition fees or costs are owing.
6. Attached to this motion is the proposed affidavit demonstrating proposed accountant is disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the debtors respectfully requests an order authorizing retention of Yodiosmay Gonzalez All in One Accounting Services, Inc 4951 West 6th Ave. Hialeah, FL 33012, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

CAI International Inc.
d/b/a Metro PCS
By_____
Avelino Vega

**Certificate Of Service**

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtor
309 1ST AVE S
TIERRA VERDE FL 33715
Phone: 305-899-9876
Fax: 305-899-9889
E-mail: Aresty@Mac.com
By: /sJoel M. Aresty
Fla. Bar No. 197483

Copies to:
Debtor
U.S. trustee
Attorney for Creditor's Committee or
 if none 20 largest unsecured creditors
All Appearances

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami

In re:                                                                                    Case
                                                                                                Ch 11
CAI International Inc.
d/b/a Metro PCS
    Debtor
_____/

SWORN DECLARATION OF PROPOSED ACCOUNTANT FOR
DEBTOR IN POSSESSION

Yodiosmay Gonzalez, pursuant to 28 U.S.C. § 1746, says:
1. I am an accountant admitted to practice in the State of Florida, and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.
2. I am employed by the firm of    All in One Accounting Services, Inc
4951 West 6th Ave. Hialeah, FL 33012.
3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).
4. We have no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the Office of the U.S. trustee as required by Bankruptcy Rule 2014, except for prior work for debtor and affiliates since their inception.
5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession, or its principals or affiliates.
6. I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/26/14
S:/ Yodiosmay Gonzalez

Copies to: All parties served with application for employment.