UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami

In re:                                                            Case        14-37217-AJC
                                                                  Ch 11

CAI International Inc.
d/b/a Metro PCS
    Debtor
_____/

DEBTOR IN POSSESSION'S APPLICATION
FOR EMPLOYMENT OF SPECIAL COUNSEL

   Debtor respectfully request an order of the court authorizing the employment of MANNY FENTE, ESQ. to assist the debtor in possession in this case as special counsel for state law transactional and sale work in connection with the sale of assets in this case, and states:
1. On 12/12/14 the debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.
2. The debtor desires to employ said SPECIAL COUNSEL in this case to facilitate a sale of its assets nunc pro tunc to the filing date.
3. The debtor believes that the special counsel is qualified to practice in this court and qualified to advise the debtor on the sale issues.
4. The professional services the counsel will render are summarized as follows:
   (a) To give advice to the debtor with respect to sale of its business operations;
   (b) To assist the interest of the debtor in all sale matters pending before the court;
   (c) To assist counsel for debtor in negotiation and sale of assets.
5. To the best of the debtor's knowledge, said special counsel does not have any connection with the creditors or other parties in interest or their respective attorney other than prepetition representation. No prepetition fees or costs are owing.
6. Attached to this motion is the proposed affidavit demonstrating proposed accountant is disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the debtors respectfully requests an order authorizing retention of Manny Fente, on a general retainer, nunc pro tunc, pursuant to 11 U.S.C. §§ 327 and 330.

CAI International Inc.
d/b/a Metro PCS
By_____
Avelino Vega

**Certificate Of Service**

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties as indicated below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtor
309 1ST AVE S
TIERRA VERDE FL 33715
Phone: 305-899-9876
Fax: 305-899-9889
E-mail: Aresty@Mac.com
By: /sJoel M. Aresty
Fla. Bar No. 197483


Copies to:
Debtor
U.S. trustee
Attorney for Creditor's Committee or
 if none 20 largest unsecured creditors
All Appearances

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami

In re:                                        Case        14-37217-AJC
                                              Ch 11

CAI International Inc.
d/b/a Metro PCS
    Debtor
_____/

### SWORN DECLARATION OF PROPOSED SPECIAL COUNSEL FOR DEBTOR IN POSSESSION

MANNY FENTE , pursuant to 28 U.S.C. § 1746, says:
1. I am a lawyer admitted to practice in the State of Florida,.
2. I am employed by the firm of    Manuel F. Fente, P.A. Gables Cititower 999 Ponce de Leon Boulevard Tenth Floor, Suite #1010 Coral Gables, Florida 33134 Phone: 305-379-4900
3. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).
4. We have no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the Office of the U.S. trustee as required by Bankruptcy Rule 2014, except for prior work for debtor and affiliates since their inception, except I am brother in law of Avelino Vega, president and stockholder of debtor.
5. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession, or its principals or affiliates. Prepetition fees are waived.
6. I declare under penalty of perjury that the foregoing is true and correct.
Executed on 1/16/15
S:/ Manny Fente

Copies to: All parties served with application for employment.